UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

Debtor(s):
Marla Shepard

07-1177 S

## EXHIBIT LIST

From hearing on (matter): Trial on Merits

Held (date): 5/22/08

| Introd. by party | Exhibit # | Witness | Description | Offered/Obj./Ruling |
|---|---|---|---|---|
| π | A | | Final Decree | Stip Admit |
| π | B | | MSA | ↓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

G:\exhlst

Case 07-01177-s    Doc 14    Filed 05/23/08    Entered 05/23/08 14:53:31 Page 1 of 1